UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21185-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BETTY J. SIMPSON,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon a *sua sponte* review of the record. The Court notes that Plaintiff UNITED STATES OF AMERICA failed to submit a Motion for Default Final Judgment by **July 21, 2008** as ordered by the Court in its Order on Default Final Judgment Procedure **(D.E. No. 6)**. Therefore, it is

**ADJUDGED** that this action is **DISMISSED** without prejudice. It is also

**ADJUDGED** that all pending motions in this case are **DENIED** as moot with leave to refile if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record